[No. 21311-3-I.   Division One.   January 3, 1990.]

OSCAR G. DOTSON, ET AL, *Respondents*, v. RAYMARK
INDUSTRIES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 83-2-13517-6, Warren Chan, J., entered July
14, 1987. *Affirmed* by unpublished opinion per Scholfield,
J., concurred in by Grosse, A.C.J., and Winsor, J.

[No. 21898-1-I.   Division One.   January 3, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL P.
SLATTERY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 87-1-03012-8, Donald D. Haley, J., entered
February 22, 1988. *Affirmed* by unpublished opinion per
Coleman, C.J., concurred in by Swanson and Forrest, JJ.
Now published at 56 Wn. App. 820.

[No. 22846-3-I.   Division One.   January 3, 1990.]

THE STATE OF WASHINGTON, *Appellant*, v. DAVID LEE
WILKINSON, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 88-1-02024-4, R. Joseph Wesley, J., entered
July 28, 1988. *Reversed* by unpublished opinion per Web-
ster, J., concurred in by Coleman, C.J., and Scholfield, J.
Now published at 56 Wn. App. 812.

[Nos. 23300-9-I; 23785-3-I.   Division One.   January 3, 1990.]

CARL W. LEYERT, *Appellant*, v. JOSEPH A. BUTCHER,
ET AL, *Respondents*.

Appeals from a judgment of the Superior Court for King
County, No. 86-2-22643-5, Frank J. Eberharter, J., entered
March 6, 1987. *Affirmed* by unpublished opinion per Cole-
man, C.J., concurred in by Webster and Pekelis, JJ.